

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

————————————————

No. 02-20-00079-CV

————————————————

IN RE TERRY LEE BIZZLE, Relator

Original Proceeding
Trial Court No. 18-9925-367

Before Sudderth, C.J.; Bassel and Womack, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied.

Per Curiam

Delivered: March 20, 2020